1  J. Scott Tiedemann, Bar No. 180456
   stiedemann@lcwlegal.com
2  Mark H. Meyerhoff, Bar No. 180414
   mmeyerhoff@lcwlegal.com
3  LIEBERT CASSIDY WHITMORE
   A Professional Law Corporation
4  6033 W. Century Boulevard, Suite 500
   Los Angeles, CA 90045
5
   Telephone: (310) 981-2000
6  Facsimile: (310) 337-0837

7  Attorneys for Defendants
   City of Azusa, et al.
8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11

12 PETER HOH,                    Case No. cv06-3603 PSG (RCx)

13             Plaintiff,        [PROPOSED] JUDGMENT

14 v.

15 CITY OF AZUSA, A municipal
   corporation; KING DAVIS JR.,
16 Individually and as Chief of Police for
   the Azusa Police Department; BOB
17 GARCIA; Individually and as acting
   chief of police and a captain for the
18 Azusa Police Department; CATHY
   HANSON, Individually and as the
19 director of Human Resources for the
   City of Azusa; and DOES 1
20 THROUGH 10, Inclusive,

21             Defendants.

22

23

24    This action came on for hearing before the Court on July 9, 2007, Hon. Philip

25 S. Gutierrez, District Judge Presiding, on a Motion for Summary Judgment, and the

26 evidence presented having been fully considered, the issues having been duly heard

27 and a decision having been duly rendered,

28 ///

1    IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the
2  action be dismissed on the merits and that defendants recover their costs in the
3  amount of $_____.

6  Dated: 7/23 , 2007

_____
The Honorable Philip S. Gutierrez
United States District Judge

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 W. Century Boulevard, Suite 500
Los Angeles, CA 90045